IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LINDA INGRAM, Individually and as Surviving Spouse of RICK INGRAM, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. CIV-05-913-L |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) |
| Defendant. | ) ) |

## J U D G M E N T

In accordance with the court's order of this date, judgment is hereby entered in favor of defendant Novartis Pharmaceuticals Corporation, and against plaintiff Linda Ingram, Individually and as Surviving Spouse of Rick Ingram, Deceased.

Entered this 18th day of July, 2012.

*Tim Leonard*
TIM LEONARD
United States District Judge